IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, A. FRANK DUNHAM and
ELLIOT A. SEGAL as Trustees of the
UNITED MINE WORKERS OF AMERICA
1992 BENEFIT PLAN,

        Plaintiffs,

   v.

DOSS FORK COAL COMPANY, INC.

        Defendant.

Civil Action No. 1:07-cv-00840

**AFFIDAVIT OF SERVICE
ON DEFENDANT DOSS FORK COAL COMPANY, INC.**

    I hereby affirm that a copy of Plaintiffs' complaint and summons was served on Defendant on May 7, 2007, via certified mail-return receipt requested at the following address:

    Edward Asbury
    Registered Agent
    Doss Fork Coal Company, Inc.
    P.O. Drawer 1030
    Bluefield, VA  24605

    I declare that the forgoing is true and correct.

Date:  May 14, 2007        /s/ Lynn Kiernan
                              Lynn L. Kiernan
                              Attorney Assistant III
                              UMWA Health & Retirement Funds
                              Office of the General Counsel
                              2121 K Street, NW
                              Washington, DC  20037
                              Telephone: (202) 521-2243

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael H. Holland, et. al.,
as Trustees of the United Mine
Workers of America
1992 Benefit Plan

V.

DOSS FORK COAL COMPANY, INC.
a corporation
P.O. Box 1030
Bluefield, VA 24605

SUMMONS IN A CIVIL CASE

CASE 1

Case: 1:07-cv-00840
Assigned To : Urbina, Ricardo M.
Assign. Date : 5/7/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

DOSS FORK COAL COMPANY, INC.
a corporation
P.O. Box 1030
Bluefield, VA 24605

Serve:  Edward Asbury
        Registered Agent
        Doss Fork Coal Company, Inc.
        P.O. Drawer 1030
        Bluefield, VA 24605

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry D. Newsome, Associate General Counsel
Kathleen B. Burns, Senior Associate Counsel
UMWA Health & Retirement Funds
2121 K Street, N.W. Suite 350
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAY - 7 2007

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | May 9, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lynn L. Kiernan | Attorney Assistant III |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _Sent certified mail - Return receipt requested_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _May 14, 2007_   _Lynn L. Kiernan_
               Date            Signature of Server

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K St. N.W., Suite 350
Washington, D.C. 20037
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ann Robinson_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Ann Robinson   C. Date of Delivery: 5/9/07 |
| 1. Article Addressed to:<br><br>Edward Asbury<br>Registered Agent<br>Doss Fork Coal Company, Inc.<br>P.O. Drawer 1030<br>Bluefield, VA 24605 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0003 6744 8856 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540