UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et al.,

  Plaintiffs,

    v.

DOSS FORK COAL COMPANY, INC.,

  Defendant.

Civil Action
No. 07-00840(RMU)

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

    Defendant Doss Fork Coal Company, Inc. hereby requests an extension of time to answer or otherwise respond to the complaint to and until June 29, 2007. In support of this motion, counsel states the following:

    1. Defendant Doss Fork Coal Company, Inc. has taken action to provide plaintiffs with the relief sought in their complaint.

    2. Plaintiffs are evaluating the action taken by the company, but, as of this date, they have not advised whether it is acceptable.

    3. The company needs additional time to either finalize a settlement of the action or otherwise determine how to proceed.

    4. Granting this request will not prejudice plaintiffs.

WHEREFORE, the defendant Doss Fork Coal Company requests that this motion be granted.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Mary Lou Smith
                                              D.C. Bar No. 389507
                                              Howe, Anderson & Steyer, P.C.
                                              815 Connecticut Avenue, N.W.
                                              Suite 620
                                              Washington, D.C.  20006
                                              (202)296-5680

                                              Counsel for Defendant Doss Fork Coal Company, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, <u>et</u> <u>al.</u>, <br><br> Plaintiffs, <br><br> v. <br><br> DOSS FORK COAL COMPANY, INC., <br><br> Defendant. | Civil Action <br> No. 07-00840(RMU) |

**ORDER**

Upon consideration of the Motion for Extension of Time to Respond to Complaint, it is this \_\_\_\_ day of _____, 2007

**ORDERED** that the motion is **GRANTED**, and defendant shall have until June 29, 2007 to answer or otherwise respond to the Complaint.

_____
U.S. District Court Judge