IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,<br><br>                Plaintiffs,<br>    v.<br><br>DOSS FORK COAL COMPANY, INC.<br>                Defendant. | Civil Action No. 1:07-cv-00840 |

## **PLAINTIFFS' RESPONSE TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs, Trustees of the United Mine Workers of America 1992 Benefit Plan, do not oppose Defendant Doss Fork Coal Company, Inc.'s Motion for Extension of Time to Respond to Complaint. Plaintiffs find that Defendant's request for an extension of time to answer or otherwise respond to the complaint until June 29, 2007 is reasonable.

WHEREFORE, the Plaintiffs do not oppose Defendant's motion.

                Respectfully submitted,

                David W. Allen
                General Counsel
                DC Bar #81638

                Larry D. Newsome
                Associate General Counsel
                DC Bar #254763

                      /s/
                Kathleen B. Burns
                Senior Associate Counsel
                DC Bar #492460

UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037
Telephone:  202-521-2233

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, I served the foregoing Plaintiffs' Response to Motion for Extension of Time to Respond to Complaint via United States Mail, First Class, Postage Prepaid, to the following individuals:

    Mary Lou Smith, Esq.
    Howe, Anderson & Steyer, P.C.
    815 Connecticut Ave., N.W.
    Suite 620
    Washington, DC  20006

    /s/
    Kathleen B. Burns
    Senior Associate Counsel
    DC Bar #492460