IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,<br><br>    Plaintiffs,<br> v.<br><br>DOSS FORK COAL COMPANY, INC.<br><br>    Defendant. | Civil Action No. 1:07-cv-00840 (RMU) |

## PLAINTIFFS' NOTICE OF DISMISSAL

Plaintiffs, the Trustees of the United Mine Workers of America ("UMWA") 1992 Benefit Plan, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), request the clerk of court to mark the above captioned matter dismissed without prejudice.

    Respectfully submitted,

    David W. Allen
    General Counsel
    DC Bar No. 81638

    Larry D. Newsome
    Associate General Counsel
    DC Bar No. 254763

     /s/
    Kathleen B. Burns
    Senior Associate Counsel
    DC Bar No. 492460

    UMWA Health and Retirement Funds
    Office of the General Counsel
    2121 K Street, N.W.
    Washington, D.C. 20037
    Telephone: (202) 521-2233
    Attorneys for Plaintiffs

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 25, 2007, I served the foregoing Plaintiffs' Notice of Dismissal via United States Mail, First Class, Postage Prepaid, to the following individuals:

 Mary Lou Smith, Esq.
 Howe, Anderson & Steyer, P.C.
 815 Connecticut Ave., N.W.
 Suite 620
 Washington, DC  20006

                  /s/
                  Kathleen B. Burns
                  Senior Associate Counsel